THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. GERTRUDE STARK, Appellant.

*People* v. *Stark*, 172 App. Div. 967, appeal dismissed.
(Submitted May 7, 1917; decided May 15, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1916, which affirmed a judgment of the Court of Special Sessions in the county of Kings convicting the defendant of unlawfully practicing medicine. The motion was made upon the ground of failure to file return.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for appellant.

*Henry C. Neuwirth* for respondent.

Motion granted and appeal dismissed unless within thirty days appellant files return and serves necessary copies of case on appeal, in which case motion is denied.

---

FREDERICK PYNE, an Infant, by ALICE P. MATHER, His Guardian ad Litem, Respondent, v. THE CAZENOVIA CANNING COMPANY, Appellant.

(Submitted May 7, 1917; decided May 15, 1917.)

MOTION to amend remittitur. (See 220 N. Y. 126.)

Motion granted and remittitur amended so as to read: Judgment is reversed and verdict set aside, but as a new trial cannot be had by reason of plaintiff's death, none will be ordered.

---

MATTHEW T. GOLDSBOROUGH, JR., Respondent, v. RICHARD F. GOLDSBOROUGH, Appellant.

(Submitted May 7, 1917; decided May 15, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 755.)